**Arthur Johnson, appellee, v. Clarence M. Bills, appellant. Gen. No. 7,434.**

Assumpsit for breach of contract. Judgment for plaintiff. Appeal from the Circuit Court of Henry county; the Hon. William T.

Church, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925.

Bartlett S. Gray, for appellant. Andrews & O'Connor, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.